

# IN THE
# TENTH COURT OF APPEALS

**No. 10-18-00144-CR**
**No. 10-18-00145-CR**
**No. 10-18-00146-CR**

**ANTHONY LYNN THIBODEAUX,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 87th District Court**
**Freestone County, Texas**
**Trial Court Nos. 12-154-CR, 12-155-CR, 12-156-CR**

## O R D E R

In a document entitled "Notice/Request" and filed on June 29, 2018, appellant complains that the trial court would not provide him with his fifth item requested in appellant's Designation of Record on Appeal. Appellant requests that this Court order the State to honor appellant's designation and send appellant "a certified copy of the list of items/or evidence that was confiscated at the Co-Defendant's house[.]" We cannot comply with appellant's request.

In the designation of record, appellant requested "[a] list of all Evidence in the case, submitted at trial and not submitted at trial."  Appellant did not request the inclusion in the appellate record of a certified copy of the list of items or evidence that was confiscated at the co-defendant's house or that the certified copy be sent to him. Further, the State is under no obligation to send appellant the items he requests.

Accordingly, appellant's request is denied.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion denied
Order issued and filed July 18, 2018

